Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EON Corp. IP Holdings LLC   v.   AT&T Mobility LLC

No. 14-1392

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     EON Corp. IP Holdings LLC
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | John Hendricks |
| Law firm: | Reed & Scardino, LLP |
| Address: | 301 Congress Ave., Ste. 1250 |
| City, State and ZIP: | Austin, Texas 78701 |
| Telephone: | 512-474-2449 |
| Fax #: | 512-474-2622 |
| E-mail address: | jhendricks@reedscardino.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/29/97

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/4/14
Date

*[signature]*
Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

      I certify that on April 4, 2014, I caused a true and correct copy of the foregoing Entry of Appearance to be served on the following counsel of record in the proceeding below, *EON Corp. IP Holdings, LLC v. AT&T Mobility LLC*, No. 1:13-cv-00910-RGA (D. Del.), by electronic means (CM/ECF or electronic mail) and U.S. First Class Mail.

Dated: April 4, 2014　　　　　　　　　　　　　　/s/ John Hendricks
　　　　　　　　　　　　　　　　　　　　　　　　John Hendricks

| | |
|---|---|
| Thomas W. Sankey<br>Email: twsankey@duanemorris.com<br>Diana Sangalli<br>Email: dmsangalli@duanemorris.com<br>Wesley W. Yuan<br>Email: wwyuan@duanemorris.com | DUANE MORRIS LLP<br>1300 Post Oak Boulevard, Suite 800<br>Houston, TX 77056-3166 |
| Joseph A. Powers<br>Email: japowers@duanemorris.com | DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 |
| Alison M. Haddock<br>Email: amhaddock@duanemorris.com | DUANE MORRIS LLP<br>1075 Peachtree Street, N.E., Suite 2000<br>Atlanta, GA 30309-3929 |
| Jack B. Blumenfeld<br>Email: jblumenfeld@mnat.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899 |