# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2014–1392

EON CORP. IP HOLDINGS LLC,

                              Plaintiff–Appellant,

v.

AT&T MOBILITY LLC,

                              Defendant–Appellee.

### APPELLANT'S UNOPPOSED MOTION TO EXTEND ITS DEADLINE FOR FILING ITS OPENING BRIEF

Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), Appellant moves to extend its deadline for filing its opening brief by thirty (30) days, from the current deadline of June 2, 2014, to July 2, 2014. Counsel for Appellant and Appellee have conferred and Appellee consents to this thirty-day extension. Appellant's request for an extension is made necessary by conflicting deadlines in other ongoing litigation matters by Appellant's primary counsel as well as the extensive record on appeal in this case. (Declaration of John L. Hendricks.) This is Appellant's first request for an extension of time. Appellant respectfully requests that this motion to extend the deadline to file its opening brief be granted.

Appellant also notes that this Unopposed Motion To Extend is being filed concurrently with an Unopposed Motion To Consolidate this case with *EON Corp. IP Holdings LLC v. FLO TV Incorporated*, No. 14–1393.  Appellant has reached an agreement with all Appellees in both cases to consolidate and extend its opening brief deadline; thus, in the *FLO TV* case, Appellant is concurrently filing an Unopposed Motion To Extend that mirrors this one.

    /s/  John L. Hendricks

John L. Hendricks
Reed & Scardino LLP
301 Congress Ave., Ste. 1250
Austin, Texas 78701
512-615-5792
jhendricks@reedscardino.com

May 5, 2014

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EON Corp. IP Holdings LLC    v.    AT&T Mobility LLC

No. 14-1392

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) EON Corp. IP Holdings LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1.  The full name of every party or amicus represented by me is:

EON Corp. IP Holdings LLC

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

EON Corp. IP Holdings LLC is the real party in interest.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

EON Corp. IP Holdings LLC is a wholly owned subsidiary of EON Corporation.

4.  ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Reed & Scardino LLP: Daniel Scardino, Steven P. Tepera, Craig S. Jepson, Chad Ennis, John L. Hendricks, Mark W. Halderman, Rola Daaboul, Dominique G. Stafford, Joshua G. Jones, Matthew Murrell, Cabrach Connor, Jeffery Johnson, Jeff W. Moles, Jason Deats; Fox Rothschild LLP: Gregory B. Williams.

|  |  |
|---|---|
| May 5, 2014 | /s/ John L. Hendricks |
| Date | Signature of counsel |
|  | John L. Hendricks |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2014, I caused the foregoing Motion to Extend and accompanying Certificate of Interest to be electronically filed with the Clerk of the Court via CM/ECF, which will serve the registered CM/ECF appellees in this case. I also served these documents on counsel of record via electronic mail.

    /s/  John L. Hendricks

John L. Hendricks
Reed & Scardino LLP
301 Congress Ave., Ste. 1250
Austin, Texas 78701
512-615-5792
jhendricks@reedscardino.com

Counsel for Plaintiff–Appellant

May 5, 2014