**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

No. 2014–1392

EON CORP. IP HOLDINGS LLC,

                            Plaintiff–Appellant,

v.

AT&T MOBILITY LLC,

                            Defendant–Appellee.

**DECLARATION OF JOHN L. HENDRICKS**
**IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION TO EXTEND**
**ITS DEADLINE FOR FILING ITS OPENING BRIEF**

I, John L. Hendricks, declare as follows:

1. I am counsel for Appellant EON Corp. IP Holdings LLC in this matter. I have personal knowledge of the facts and events below.

2. I submit this Declaration in support of Appellant's unopposed motion to extend the deadline to file its opening brief by thirty (30) days. This is Appellant's first request for an extension in this case.

3. The extension is made necessary by my current schedule regarding other litigation commitments. I am actively involved in several patent cases with

1

ongoing depositions, hearings, and pleadings set by scheduling orders that were in place before this appeal was filed.

4.     The extension is also made necessary by the sizeable record in this case. The issue on appeal involves the district court's claim construction, which spanned over a number of pleadings, multiple hearings, and a considerable amount of evidence.

5.     On April 30, 2014, Matthew Murrell, another counsel for Appellant in this case, contacted counsel for Appellee in this case.  Appellee consented to this motion to extend our deadline in a reciprocal agreement.

6.     This request for an extension is made in good faith and not for the purposes of undue delay or tactical advantage.

    /s/  John L. Hendricks

John L. Hendricks
Reed & Scardino LLP
301 Congress Ave., Ste. 1250
Austin, Texas 78701
512-615-5792
jhendricks@reedscardino.com

May 5, 2014