NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**AT&T MOBILITY LLC,**
*Defendant-Appellee.*

---

2014-1392

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00910-RGA, Judge Richard G. Andrews.

----------------------------------------------------------------------

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**FLO TV INCORPORATED,**
*Defendant-Appellee,*

AND

**MOBITV INC.,**
*Defendant/Third Party Plaintiff/Counterclaimant-*

*Appellee,*

AND

**U.S. CELLULAR CORPORATION,**
*Defendant-Appellee,*

AND

**LG ELECTRONICS MOBILECOMM U.S.A., INC.,**
*Defendant/Third Party Plaintiff/Counterclaimant-Appellee,*

AND

**SPRINT NEXTEL CORPORATION, HTC AMERICA INC, LETSTALK.COM INC., QUALCOMM, INC., SIMPLEXITY, LLC D/B/A WIREFLY,** AND **MOTOROLA MOBILITY LLC,**
*Defendants-Appellees.*

─────────────────────

2014-1393

─────────────────────

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00812-RGA, Judge Richard G. Andrews.

─────────────────────

**ON MOTION**

─────────────────────

**O R D E R**

Appellant moves without opposition to consolidate Appeal Nos. 2014-1392 and 2014-1393. Appellant also

moves without opposition for a 30-day extension of time, until July 2, 2014, to file its opening brief in those appeals.

Simplexity, LLC ("Simplexity") has filed a notice in Appeal No. 2014-1393 that it has filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted to the extent that Appeal Nos. 2014-1392 and 2014-1393 shall be considered companion cases and assigned to the same merits panel for oral argument.

(2) The motion for extension of time is granted.

(3) The parties are directed to respond within 14 days of the date of this order as to how this appeal should proceed in light of Simplexity's suggestion of bankruptcy.

(4) The revised official caption is reflected above.[*]

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30

---

[*] Google, Inc. was removed from the caption. It appears that they are a non-party to this action.