NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**AT&T MOBILITY LLC,**
*Defendant-Appellee.*

_____

2014-1392

_____

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00910-RGA, Judge Richard G. Andrews.

----------------------------------------------------------------------

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**FLO TV INCORPORATED,**
*Defendant-Appellee,*

AND

**MOBITV INC.,**
*Defendant/Third Party Plaintiff/Counterclaimant-*

*Appellee,*

AND

**U.S. CELLULAR CORPORATION,**
*Defendant-Appellee,*

AND

**LG ELECTRONICS MOBILECOMM U.S.A., INC.,**
*Defendant/Third Party Plaintiff/Counterclaimant-Appellee,*

AND

**SPRINT NEXTEL CORPORATION, HTC AMERICA INC, QUALCOMM, INC., SIMPLEXITY, LLC D/B/A WIREFLY,** AND **MOTOROLA MOBILITY LLC,**
*Defendants-Appellees.*

AND

**LETSTALK.COM INC.,**
*Defendant.*

───────────────

2014-1393

───────────────

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00812-RGA, Judge Richard G. Andrews.

───────────────

**ON MOTION**

───────────────

Before CHEN, *Circuit Judge*.

# ORDER

Upon consideration of the parties' responses to this court's May 13, 2014 order regarding Simplexity, LLC ("Simplexity")'s notice that it has filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code,

IT IS ORDERED THAT:

(1) Appeal No. 2014-1393 is held in abeyance as to Simplexity only.

(2) The appeal shall otherwise proceed according to the current schedule.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30